# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Miguel Mondesi,<br><br>　　　　　Defendant. | No. 20-00489MJ-001-TUC-EJM<br><br>**ORDER** |

The Court having reviewed and considered the government's Motion to Designate Courtroom for the Deposition of Material Witnesses [Doc. 11],

**IT IS ORDERED** that the Motion is granted, and the video depositions of the material witnesses scheduled for Friday, August 28, 2020, may be held in Courtroom 6A, which has video teleconference capability, from 8:30 a.m. to 12:00 p.m.

Government counsel is reminded of their obligation to provide an interpreter.

Dated this 21st day of August, 2020.

_____
Eric J. Markovich
United States Magistrate Judge